*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*NORTHERN DIVISION*

GERACE DESIGN GROUP, INC.                                              PLAINTIFF

vs.                              CASE NO. 1:11cv00106 JMM

INDEPENDENCE COUNTY, AR            DEFENDANT/THIRD PARTY PLAINTIFF

ACA FINANCIAL GUARANTY CORPORATION         THIRD PARTY DEFENDANT

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed. The jury trial scheduled November 5, 2012, is cancelled. All pending motions are moot.

The complaint and all claims in this action are hereby dismissed with prejudice.

If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 12th day of July, 2012.

*James M. Moody*
UNITED STATES DISTRICT JUDGE